UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                 Case No. 2:11–cv–11723–DPH–LJM
                                        Hon. Denise Page Hood

John S Wolter,

                Defendant(s).

_____

**NOTICE TO APPEAR**

   You are hereby notified to appear before the Honorable Denise Page Hood, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  August 1, 2011 at 02:00 PM


**Certification**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                 By: s/ L. Saulsberry
                                                      Case Manager

Dated:   June 20, 2011